IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TRANSFIRST GROUP, INC. f/k/a TRANSFIRST HOLDINGS, INC., TRNASFIRST THIRD PARTY SALES, LLC f/k/a TRANSFIRST MERCHANT SERVICES, INC., and PAYMENT RESOURCES INTERNATIONAL, LLC,** § § § § § § § § § | | |
| Plaintiffs, | § § | |
| v. | § § | **CIVIL ACTION NO. 3:16-cv-01918-L** |
| **DOMINIC J. MAGLIARDITI, FRANCINE MAGLIARDITI, in her individual capacity, and as trustee of FRM TRUST, DJM IRREVOCABLE TRUST, and the FANE TRUST, ATM ENTERPRISES, LLC, DII CAPITAL, INC., DFM HOLDINGS, LTD., DFM HOLDINGS, LP, DII PROPERTIES LLC, MAGLIARDITI, LTD., CHAZZLIVE.COM, LLC, and SPARTAN PAYMENT SOLUTIONS, LLC,** § § § § § § § § § § § § § § § § | | |
| Defendants. | § | |

### DEFENDANT DOMINIC J. MAGLIARDITI'S RULE 12 MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE AND FOR FAILURE TO STATE A CLAIM, MOTION FOR MORE DEFINITE STATEMENT, AND MOTION TO STRIKE

Pursuant to Federal Rule of Civil Procedure 12, Defendant Dominic J. Magliarditi ("Dominic Magliarditi") files this Rule 12 Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue and for Failure to State a Claim, Motion for More Definite Statement, and Motion to Strike, supported by the contemporaneously filed Brief which is incorporated herein by reference.

For the reasons set forth in the Brief, Defendant Dominic Magliarditi requests that the case be dismissed for lack of personal jurisdiction, improper venue and/or for failure to state a claim. Alternatively, Dominic Magliarditi requests the Court grant his Rule 12(e) Motion for More Definite Statement and his Rule 12(f) Motion to Strike, and grant him all such other and further relief to which he may be entitled.

Dated:  August 5, 2016

    Respectfully submitted,

    **GRUBER ELROD JOHANSEN HAIL SHANK, LLP**

    By:    */s/ Brian N. Hail*
           Brian N. Hail
           State Bar No. 08705500
           bhail@getrial.com

    1445 Ross Avenue, Suite 2500
    Dallas, Texas  75202
    214.855.6800 (main)
    214.855.6808 (facsimile)

    **ATTORNEYS FOR DEFENDANT AND JUDGMENT DEBTOR DOMINIC J. MAGLIARDITI**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon counsel of record this 5th day of August, 2016.

Peter D. Marketos
Adam C. Sanderson
Reese Gordon Marketos LLP
750 N. Saint Paul St., Suite 610
Dallas, Texas  75201
pete.marketos@rgmfirm.com
adam.sanderson@rgmfirm.com

                                              */s/ Brian N. Hail*
                                              Brian N. Hail